UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   v.<br>CHARLES PARRINO,<br><br>          Defendant. | C.A. No. 1:22-cv-3888 |

**CONSENT MOTION TO REOPEN
AND FOR ENTRY OF FINAL JUDGMENT**

  The Securities and Exchange Commission previously filed a Partial Final Judgment in this case pursuant to which the Court ordered Defendant Charles Parrino to pay a civil penalty in an amount to be determined on the Commission's subsequent motion.  *See* ECF No. 3 (Sept. 28, 2022).  The case was then terminated that day without resolving the question of civil penalties.

  Based on the resolution of Defendant's related criminal case, *United States v. Charles Parrino*, Crim. No. 1:22-cr-280-LMM (N. D. Ga.), the Commission has determined not to seek civil penalties in this matter.  Consequently, it moves to reopen this case for the limited purpose of entering Final Judgment, and for entry of Final Judgment in the form attached hereto.

  The Commission clarifies that, apart from (i) removing the language in the Partial Final judgment that permitted the Commission to move for civil monetary penalties and (ii) ensuring consistency with current settlement phrasing practices, the proposed Final Judgment retains the language from the Partial Final Judgment entered previously.  Consequently, the language regarding disgorgement and prejudgment interest does not reflect any payments that may have been made in satisfaction of the previous judgment.  To the extent Defendant has made such

1

payments, the Commission has credited them against the amount due and seeks no double recovery.

Respectfully submitted,

Dated: Washington, DC
May 9, 2025

/s/ Damon W. Taaffe
Damon W. Taaffe
Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Desk: (202) 551-7420
taaffed@sec.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on this May 9, 2025, I served the foregoing Consent Motion to Reopen and for Entry of Final Judgment to be served on counsel for Defendant by electronic mail at the address below:

Saam Zanganeh
14 NE 1st Ave. Ste 300
Miami, FL 33132-2404
(305) 441-2333
saam@zangenehlaw.com

                                                                     s/ Damon W. Taaffe
                                                                     Damon W. Taaffe